IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERI KANESTA-RYCHNER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HORIZON THERAPEUTICS USA, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cv-05221-RSL<br><br>**Order Granting Stipulated Motion to Stay Proceedings** |

　　　This matter having come before the Court on the parties' Stipulated Motion to Stay Proceedings, and the Court, being familiar with the files and records herein and having reviewed the motion and being otherwise fully advised in the matter, does hereby ORDER, ADJUDGE, and DECREE that the parties' Stipulated Motion to Stay Proceedings is GRANTED.

　　　The parties are ORDERED to jointly advise the Court of the decision of the Judicial Panel on Multidistrict Litigation on the pending transfer petition in *In re Tepezza Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 3079, within one week of its issuance.

　　　Dated this 19th day of May, 2023.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge

| | |
|---|---|
| **ORDER GRANTING STIPULATED MOTION TO STAY** – 1 | **PEIFFER WOLF CARR KANE CONWAY & WISE**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>Telephone: (415) 766-3566<br>Facsimile: (415) 402-0058 |

| | |
|---|---|
| By: /s/ Catherine Cabalo<br>Catherine Cabalo<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>415-766-3566<br>ccabalo@peifferwolf.com<br><br>Ashlie Case Sletvold*<br>Marilyn K. Eble*<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>6370 SOM Center Road, Suite 108<br>Cleveland, Ohio 44139<br>216-589-9280<br>asletvold@peifferwolf.com<br>meble@peifferwolf.com<br>* pro hac vice to be filed<br><br>Counsel for Plaintiff | By: /s/Nancy M. Erfle<br>Nancy M. Erfle<br>**GORDON & REES SCULLY**<br>**MANSUKHANI, LLP**<br>1300 SW Fifth Avenue, Suite 2000<br>Portland, OR 97201<br>503-382-3852<br>nerfle@grsm.com<br><br>Eric A. Riegner*<br>**FROST BROWN TODD LLP**<br>111 Monument Circle, Suite 4500<br>Indianapolis, Indiana 46204<br>317-237-3800<br>eriegner@fbtlaw.com<br><br>Lori E. Hammond*<br>**FROST BROWN TODD LLP**<br>400 West Market Street, 32nd Floor<br>Louisville, Kentucky 40202<br>502-589-5400<br>lhammond@fbtlaw.com<br>*pro hac vice to be filed<br><br>Counsel for Defendant |

**ORDER GRANTING STIPULATED MOTION TO STAY** - 2

PEIFFER WOLF CARR KANE CONWAY & WISE
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3566
Facsimile: (415) 402-0058